HENSEL, BRUCKMANN & LORBACHER *v.* UNITED STATES (No. 1698).[1]

LEATHER CUT TO FORMS—PICKER STRAPS.

 Strips of leather designed to be manufactured into picker straps are not dutiable as manufactures of leather under paragraph 360, tariff act of 1913, or as nonenumerated articles manufactured in part under paragraph 385. They are admissible free of duty as "leather," paragraph 530.—Bahnsen & Co. *v.* United States and United States *v.* Bahnsen & Co. (7 Ct. Cust. Appls., 385; T. D. 36962), decided concurrently herewith, followed.

United States Court of Customs Appeals, January 16, 1917.

APPEAL from Board of United States General Appraisers, G. A. 7855 (T. D. 36164). [Reversed.]

*Comstock & Washburn* for appellants.

*Bert Hanson*, Assistant Attorney General (*Charles D. Lawrence*, special attorney, of counsel), for the United States.

[Oral argument Oct. 12, 1916, by Mr. Washburn and Mr. Lawrence.]

Before MONTGOMERY, SMITH, BARBER, DE VRIES, and MARTIN, Judges.

DE VRIES, Judge, delivered the opinion of the court:

The merchandise and the material issues presented herein are the same as presented in Bahnsen & Co. *v.* United States and United States *v.* Bahnsen & Co. (7 Ct. Cust. Appls., 385; T. D. 36962), this day decided. Upon the authority of and for the reasons therein stated the decision of the Board of General Appraisers herein is *reversed.*